715 A.2d 988

LI FU, ET AL., PLAINTIFFS–MOVANTS, AND DANIEL
SU, ET AL., PLAINTIFFS, v. HONG FU,
DEFENDANTS–RESPONDENTS.

June 17, 1998.

This matter having been duly presented to the Court, it is ORDERED that the motion for

Leave to appeal is granted.

715 A.2d 988

FRANCES SCOTT, PLAINTIFF–MOVANT, v. MAYFLOWER
HOME IMPROVEMENT CORP., ET AL.,
DEFENDANTS–RESPONDENTS.

June 30, 1998.

This matter having been duly presented to the Court, it is ORDERED that the motion for

Leave to appeal is granted, and the matter is summarily remanded to the Appellate Division to consider the appeal on the merits.